**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: R.H., A MINOR     :    No. 636 EAL 2019
                                            :
                                            :
PETITION OF: R.H., A MINOR         :    Petition for Allowance of Appeal
                                            :    from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of June, 2020, the Petition for Allowance of Appeal is

**DENIED**.